HELEN SLUSARZ, as Administratrix of the Estate of ALFRED SLUSARZ, Deceased, Respondent, *v.* GERTRUDE D. MARSHALL et al., as Executrices of FRANK MARSHALL, Deceased, and JOHN KASSON et al., Appellants.

Argued February 26, 1940; decided March 12, 1940.

*Laurence V. Benedict* for appellants.
*Floyd J. Reinhart* and *Joseph N. Barnett* for respondent.

Judgments against the appellants Kasson reversed and complaint dismissed, with costs in all courts, on the ground that there was no causal relation between their alleged negligence and the accident. No opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, SEARS and CONWAY, JJ. Dissenting: LOUGHRAN and LEWIS, JJ.